No. 78–6550.  HAYES ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6554.  McMAHON *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 2d Cir.  Certiorari denied.

No. 78–6565.  SMITH *v.* LEEKE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–6569.  HOLDER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–6572.  LAWRENCE ET AL. *v.* FLORIDA; and BARFIELD *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 78–6582.  BRADLEY *v.* JAGO, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 78–6587.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–6592.  BRUNEAU *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78–6593.  PRIEST *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–6597.  NEVITT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–6598.  NICHOLAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–6601.  NELSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–6605.  TOWNES *v.* UNITED STATES  C. A. 3d Cir.  Certiorari denied.